494 A.2d 1392

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Christine MOWRY, Respondent.**

Supreme Court of Pennsylvania.

June 26, 1985.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Pittsburgh, for petitioner.

John H. Corbett, Jr., John J. Dean, Pittsburgh, for respondent.

## ORDER

PER CURIAM.

Request for exercise of plenary jurisdiction granted. The order of the Court of Common Pleas of Allegheny County entered October 25, 1984 is now and hereby reversed and the matter is remanded to the trial court for proceedings consistent with *Commonwealth v. Lutz* and its companion cases, 508 Pa. 297, 495 A.2d 928 (1985).

NIX, C.J., concurs in the result.

ZAPPALA, J., dissents.